BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00437-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| SOLEDAD VARGAS-HERRERA, ANTONIO MORA-CRUZ, aka Jose Hernandez-Garcia, | |
| Defendants. | |

Based upon the plea agreements entered into between United States of America and defendants Soledad Vargas-Herrera and Antonio Mora-Cruz, aka Jose Hernandez-Garcia, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6), and 28 U.S.C. § 2461(c), defendants Soledad Vargas-Herrera and Antonio Mora-Cruz aka Jose Hernandez-Garcia's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. One (1) AT&T cellular telephone;
   b. One (1) Cricket cellular telephone, serial 9280234786;
   c. One (1) Fujifilm Instax 210 Instant Camera;
   d. Three (3) FujiFilm Instax Wide Instant Camera Film Boxes;
   e. One (1) Motorola cellular telephone;

Preliminary Order of Forfeiture

1

      f. One (1) Sony Night Shot Digital Camera;
      g. Two (2) Canon Pixma Scanner/Printers;
      h. One (1) Cricket cellular telephone, serial 80C8C371;
      i. Two (2) Brother Electric Typewriters;
      j. One (1) Quartet Paper Cutter Model 9112;
      k. One (1) Laminator;
      l. Forty-Three (43) Fraudulent Permanent Resident Cards;
      m. Eight (8) Fraudulent Social Security Cards;
      n. One (1) Permanent Resident Card A091 687 110;
      o. Two (2) Fraudulent Identification Cards;
      p. One (1) Bag of Card Making Supplies;
      q. One (1) Bag of Miscellaneous Documents;
      r. Twenty-Two (22) .45 Caliber Rounds of Ammunition; and
      s. $4,210.00 U.S. Dollars cash.

2. The above-listed assets constitute property used to facilitate, or are intended to be used to facilitate, or are derived from or is traceable to the proceeds obtained directly or indirectly from the commission of a violation of 18 U.S.C. § 371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those

persons so notified.

        b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **March 1, 2013**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE