JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
ANTONIO MORA-CRUZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:12-CR-00437 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO ADVANCE |
| | ) | SENTENCING HEARING |
| v. | ) | AND ORDER THEREON |
| | ) | |
| ANTONIO MORA-CRUZ and | ) | DATE: May 6, 2013 |
| SOLEDAD VARGAS-HERRERA, | ) | TIME:  8:30 a.m. |
| | ) | Courtroom Four |
| Defendants. | ) | |
| | ) | HONORABLE LAWRENCE  J. O'NEILL |

    Defendants, ANTONIO MORA-CRUZ and SOLEDAD VARGAS-HERRERA, through there respective counsel, John F. Garland and Carl M. Faller, and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Christopher D. Baker, Assistant United States Attorney, hereby stipulate to advance the defendants' sentencing hearing from May 20, 2013 to **May 6, 2013** at **8:30 a.m.**

    United States Probation Officer Nicole L. Wright agrees to the advanced sentencing hearing date.

Dated: April 23, 2013
                                                    /s/ John F. Garland
                                                    John F. Garland
                                                    Attorney for Defendant
                                                    ANTONIO MORA-CRUZ

Dated: April 23, 2013                               /s/   Carl M. Faller
                                                    Carl M. Faller
                                                    Attorney for Defendant
                                                    SOLEDAD VARGAS-HERRERA


Dated: April 23, 2013                               Benjamin B. Wagner
                                                    United States Attorney


                                                    /s/ Christopher D. Baker
                                              By:   CHRISTOPHER D. BAKER
                                                    Assistant U.S. Attorney


**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendants ANTONIO MORA-CRUZ and SOLEDAD VARGAS-HERRERA is advanced to May 6, 2013 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   April 23, 2013**              /s/  **Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE