BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CR-00437-LJO-SKO |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| SOLEDAD VARGAS-HERRERA, | ) | |
| ANTONIO MORA-CRUZ, aka | ) | |
| Jose Hernandez-Garcia, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

WHEREAS, on March 1, 2013, the Court entered a Preliminary Order

of Forfeiture, forfeiting to the United States all right, title, and

interest of defendants Soledad Vargas-Herrera, Antonio Mora-Cruz, aka

Jose Hernandez-Garcia, in the following property:

  a. One (1) AT&T cellular telephone;
  b. One (1) Cricket cellular telephone, serial 9280234786;
  c. One (1) Fujifilm Instax 210 Instant Camera;
  d. Three (3) FujiFilm Instax Wide Instant Camera Film Boxes;
  e. One (1) Motorola cellular telephone;
  f. One (1) Sony Night Shot Digital Camera;
  g. Two (2) Canon Pixma Scanner/Printers;
  h. One (1) Cricket cellular telephone, serial 80C8C371;
  i. Two (2) Brother Electric Typewriters;
  j. One (1) Quartet Paper Cutter Model 9112;
  k. One (1) Laminator;
  l. Forty-Three (43) Fraudulent Permanent Resident Cards;
  m. Eight (8) Fraudulent Social Security Cards;

Final Order of Forfeiture

n. One (1) Permanent Resident Card A091 687 110;
o. Two (2) Fraudulent Identification Cards;
p. One (1) Bag of Card Making Supplies;
q. One (1) Bag of Miscellaneous Documents;
r. Twenty-Two (22) .45 Caliber Rounds of Ammunition; and
s. $4,210.00 U.S. Dollars cash.

AND WHEREAS, beginning on March 9, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHERAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Soledad Vargas-Herrera, Antonio Mora-Cruz, aka Jose Hernandez-Garcia.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Department of Homeland Security, Customs and Border Protection, Immigration and Customs Enforcement shall maintain

///

///

Final Order of Forfeiture

2

1   custody of and control over the subject property until it is disposed

2   of according to law.

3

4

5

6   IT IS SO ORDERED.

7   Dated:   __July 22, 2013__               ____/s/ Lawrence J. O'Neill____
                                             UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28